I. N. R. Beatty et al., trading as I. N. R. Beatty Lumber Company, appellees, v. James P. Monahan and Edward Monahan, impleaded with City of Wilmington, et al., appellants. Gen. No. 6,956.

Suit to establish a lien upon funds in the hands of the city for the balance due for materials furnished for the construction of sewers. Decree for complainants. Appeal from the Circuit Court of Will county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed February 23, 1922. Certiorari denied by Supreme Court (making opinion final).

William C. Mooney, Frank J. Wise and King, Brower & Hurlbut, for appellants. Frank H. Hayes and Snapp, Heise & Snapp, for appellees; Howard Snapp, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Fay Lewis & Brothers Company, appellee, v. Elizabeth Brown, appellant. Gen. No. 6,996.

Action against defendant for goods sold to another on an agreement by defendant to pay for them. Judgment for plaintiff after remittitur. Appeal from the County Court of Winnebago county; the Hon. Fred E. Carpenter, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed February 23, 1922.

Reynolds & Reckhow, for appellant. L. C. Miller and A. Philip Smith, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Dennis K. Lindhout, appellee, v. Director General of Railroads, appellant. Gen. No. 7,012.

Action for damages to an automobile in a collision at a railroad crossing. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1921. Reversed with finding of fact. Opinion filed February 23, 1922.

W. R. Hunter, for appellant. Miller & Streeter, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

The People of the State of Illinois, appellee, v. August Swanson, appellant. Gen. No. 7,035.

Bastardy proceeding. Defendant found guilty. Appeal from the County Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed February 23, 1922.

Lowell B. Smith and D. Harvey Gunsel, for appellant. A. J. Boutelle, for appellee; R. D. Robinson, of counsel.

Mr. Justice Partlow delivered the opinion of the court.